# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **DANNY PROCTOR,**<br><br>Plaintiff,<br><br>v.<br><br>**LIFE INSURANCE COMPANY OF NORTH AMERICA,**<br><br>Defendant. | Case No. 3:18-cv-00340-RGJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Danny Proctor ("Plaintiff"), and Defendant Life Insurance Company of North America ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 18th day of March, 2019.

| GRABHORN LAW OFFICE, PLLC | MAYNARD, COOPER & GALE, P.C. |
|---|---|
| By: *s/Andrew M. Grabhorn*_____<br>Michael D. Grabhorn<br>Andrew M. Grabhorn<br>2525 Nelson Miller Parkway<br>Suite 107<br>Louisville, KY  40223 | By: *Grace Robinson Murphy*_____<br>Grace Robinson Murphy<br>William B. Wahlheim, Jr.<br>2400 Regions/Harbert Plaza<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL  35203-2618 |
| Attorneys for Plaintiff | Attorneys for Defendant |

04778940.1

1